## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION TRUST, et al., ) ) ) Plaintiffs, ) ) v. ) ) SAMRON MIDWEST ) CONTRACTING, INC., et al., ) ) Defendants. ) | Case No. 4:21-CV-00223-JAR |

## ORDER

This matter is before the Court on Plaintiffs' motion to extend discovery deadlines (Doc. 34). In support of the motion, Plaintiffs state that the parties have been unable to resolve ongoing discovery disputes now pending before the Court in a motion to compel (Doc. 32). Plaintiffs propose a discovery deadline 60 days after disposition of the motion to compel, with corresponding adjustments to the deadline for dispositive motions and the trial date. Defendants oppose the extension because Plaintiffs' motion to compel lacks merit. Alternatively, Defendants propose a limited extension with respect to the subjects of the motion to compel only.

The Court finds it appropriate to extend the time for discovery regarding the issues raised in Plaintiffs' motion to compel. The Court will vacate the dispositive motion deadline and trial date pending a ruling on that motion, which the Court will address in due course. In the interim, the parties are encouraged to continue their efforts to resolve their discovery disputes through reasonable compromise.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' motion to extend the time to complete discovery is **GRANTED in part**. (Doc. 34).  The parties shall complete discovery with respect to the matters raised in Plaintiffs' motion to compel within 60 days after the Court's ruling on that motion.

**IT IS FURTHER ORDERED** that the dispositive motion deadline and trial date set forth in the Second Amended Case Management Order (Doc. 31) are **VACATED**.  Dispositive motions shall be filed within 45 days after the close of all discovery.  The parties shall request a trial date at that time corresponding to approximately 150 days after filing.

Dated this 26th day of October, 2022.

*John A. Ross*
_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE